Hello, good afternoon, your honor. Thank you. May I have the pleasure to have the honor of presenting to you the panelist in this case, Roger Bitsinnie, the man who lost his life in the case of Dutch military rebellion. Okay, thank you. In this case, as I was just saying, there were two plain errors going to the actual plaintiff in this prison sentence. The first of these was that although the district court found the type of injury was serious positive injury, the defendant declined the offense level and put the client to a more serious, paragraph-framing-level injury. Okay, your honor, since this case is so specific, let's just look at the error in the first instance we're talking about in the case. The higher the highest standard of indiscretion, the injury is actually negative. Okay. In this case, it was almost as if one of the three sentences reported was a serious positive injury. Okay. It was true that the three sentences reported was a positive error. The probation officer said it was a serious positive injury. The defendant went into the wrong number of levels, the wrong inference, and then the court of the parties followed him. But that doesn't make the plain error go away. It's an explanation, but it doesn't remove the plain error. The plaintiff's own minor error, it does increase the criminalized range that a defendant used in technical decisions. Okay. We said that if you increase the range, that is, if you increase the standard of inclination to the end, to the fact that the end is not true. Yes. Yes, because if we hadn't done an error, it would have been an intense level at the end of the instance of 21 instead of 22, depriving the plaintiff of their other justices. Their other justices. Yes. There was a downward 2 points for an exemption to responsibility. So for the pure hazard, you're saying that you can't offer an adjustment? Yes. And what was indicated by the guidelines? I don't have the exact number of points. Well, the judge made an adjustment, which is the second plain error, that was just raised to the appeal of the jury's acquittances, because he said it was an under-representation of the criminal history and the criminal history score. And that also is a plain error, because he didn't address that in the way the guidelines specify it should be addressed. But it's there about the end of the instance. But in terms of the initial criminalized inclination, following your sentence report, the bracket would have been a lot slower in that area. It would have been, well, you did a 28-day legislative file, so it's pretty important to use the funding for changes versus existing states, which did it this year. And the language in this Supreme Court said that it's not, when a defendant is sentenced under infraction, not at highest range. But there have been defendants also been sentenced also in infraction range. The error is not stated in the list at all. Well, these issues show reasonable probability of decrease, and there's the error. And, of course, there are crimes of plain error, and you can't be right, but there are, of course, routes and groups. In this case, it seems to me that it's not a bad thing. I think it's a pretty positive probability. I mean, the error is overwhelming. And the argument is, it's just you say, right, it's plain, right, since you're a citizen, et cetera, you follow the criminal practice. And, of course, it was in court. And I can see why that might have been the case. Well. How has the injury to the body of the defendant been recently reported? It's a serious bodily injury. How is it a serious injury? The usual types of injury. Well, it's not yet described as an injury, but there's accounts of it, and the account describes it's an e-stabbing, the victim's circumcised, with the stabs, and, you know, surgery is out of date. Well, I mean, I guess in many ways, I guess it's, I mean, I wonder, what do you think, is it necessary to show a life-threatening injury? Like, do you need medical testimony? Oh, I don't think so. But for purposes of being a little bit crazy, I don't think it's necessary to consider that. What I'm saying is that, I mean, I'm not going to dispute the judge's policy, but it's pretty clear that I'm not going to dispute that it's not a reasonable person, a reasonable judge, so I decide that if I bring any questions in saying this court does not make those determinations, this court has already been consulted, and the district court has however, not made so many scenes of this court, this court can be defined, and I decided to take some of the reviews from the first circuit, in which the first circuit said, we believe this is actually, it's difficult to imagine and clear an illustration that this is a guideline applying, but since the district court didn't apply that every guideline we entered in, if it was going to make that, it was probably going to take some time. And this is just a question for you, the court, during the injury, the district court, did they make a determination, right? I don't know the answer to that question, but I think that was their decision. I, at least, I guess, I can't answer that question. Okay. The district court, I believe, is that, through an agent's position, that our court, the court located, if it fails the record, to make a determination, that's like, in a new country, we're not allowed to make such a decision. That's the district court.  Well, I don't know, I mean, usually that's, that's, like, you know, you have to start with compliance, or, one, you know, you quote this statement, the Supreme Court has written it about, you know, in most cases, I don't know if it's ever been, but, you know, in every case, in order to determine whether there's, you know, whether there's harmlessness, you have to see the, you know, there, it's a TV, it's a 33, it's a 12, and there's, um, um, um, recalling your, um, earlier, you just said, you know, you have to see whether there are issues, and also, like, if the agent has a clause that you should apply to, or, you know, several of the, the decisions, or any type of, you know, negligence or evasion. Now, in this context, there are, there are, in principle, that you're talking about, that don't apply in the court, as you said, but it's something that is institutional to juries, and so it's called a jury. And so, it's an individual jury, and that individual jury reads some of this, some of the motions. MR. BROMLEY. Okay. That's a good, that's a good point. That's a good point. Thank you. I want to jump in on a couple of things, because that's, that's actually a determination by the jury, and it's, it's, I believe it is, respectfully, because these are determinations that are assigned by statute, and I think it applies to the different courts,  MR. BROMLEY. Well, I mean, does that mean, does that mean, you know, does that mean, does that mean that, that duties to the jury? MR. BROMLEY. Well, I'm not going to suggest, and it would not be possible to do a sentencing system in playoff. We work with appeals, depending on the state of the law,  I'm just going to say, you know, this court's case law, this new court case law that we set up, that's the case that essentially works. MR. BROMLEY. How else do you, do you, do you know balloths, if, and on the court, say promise or analysis, what outlook? How do you get it? You know, there is no, once they are honest about what harm did they already caused. Right? MR. BROMLEY. So that's the reason it's not an explicitly promise of error you talked about just crops at the gates. And here in this court, you can have promised as an attorney, then I hope your is the case, but I don't know if that's an appropriate court decision for you, or is it necessary for you to do this? MR. GARGANO. Well, so far, I don't know if it exists, but the Supreme Court, in routine, has, in this court case, with the district courts, has miscalculated the guidelines for sentences. In fact, we actually have 17 correct sentences, whereas the guidelines say it is instance. And then, obviously, you have to deal with the litigation, because you have two or something like that. And, you know, maybe even when, so you can get a firm promise of error, but this is not an instance. MR.       GARGANO. Well, I don't know if it exists,  in routine, has miscalculated the guidelines for sentences.  we actually have 17 correct sentences, whereas the guidelines say it is instance. And then,  you have to deal with the litigation, because you have two or something like that. MR. GARGANO. Okay. Well, so far, I don't know if it exists, but the Supreme Court, in routine, has miscalculated the guidelines for sentences. And,  it's not the usual case that I'm describing, or something that I'm looking at as showing us that, again, has miscalculated the exception to the situation. You are required to treat this as satisfying, wrongfully applied error. This works as lawful or okay error, and there's no distinction between the guidelines. And, what it means in a sentence is it's being satisfying,         I don't know if it exists, in routine, has miscalculated the guidelines for sentences. And, again, I don't know if it exists, but the Supreme Court, in routine, has miscalculated the exception to the situation.      wrongfully applied error. MR. GARGANO. Good afternoon, MPS and the Court. My name is Anthony Gunther. I represent the Allied United States of America. This Court has determined the sentence, in criminal office of obstructive abuse convictions, to be imposed by the Supreme Court, because it's been used for almost 70 years. It has been used brutally and tamed,  It's been broken, blended, and softened every nearly a year. It was tamped around nine times, with the greatest effort and the greatest effort ever.        and softened ever. It's been tamed and softened is strained the record to determine it. The record from this course is your course of determination. But I think that's one phrase that was used in the recidivist vestige, or to try to normalize this. So, here is the message of the course. The fact is that the interest is to see if the court will be able to make that clear in the end. But we need to override the decision of the court. My position is not that this court needs to override the decision of the judge. My position is that everything in this record supports the district judge's decision in imposition of a simple public answer. Therefore, there will be a relative obscene error in this case. Well, it was clear we were sitting here waiting to follow up on the decision. I did not represent the department in any way to interfere in this case. No. No. No. I'm not convinced that there is an offense prior to the injury. Yes. Yes, there is an offense prior to the injury. Yes. Yes. Yes. You're absolutely right in that this report — in this case you're using a nice consortium. Well, my position is that there was no error here. Yes. Yes, sir. And since you only used a 9th series, 5th series injury, and the court is suffering from a series 5 injury, is it clear that this report found that spot? No, I don't think that's clear. I think the court is trying to tell you, which is part of the same issue, that this was assault, assaulting a series 5 injury. So, if it was a series 5 injury, that's not to say what constitutes a series 5 injury. It can be either a 5, 6, or 7 spot on the injury. I'm just going to say again, it was a recent investigation report specifically refers to the subsection in the guidelines that states permanent or life-threatening bodily injury and then 7th, and that's what's in this. This is a higher offense. When you add to the base point, permanent or life-threatening bodily injury, and then one statement that doesn't, but it's going to be substantial, I don't think it's worth trying to add on to there. But I'm not going to be there. I'm not going to be there, but the Supreme Court's statement isn't your opponent's version. That was stated in the statement. I mean, he said, in the end, the only rule he sees in the rest of it is the erroneousness of relation and that's what's stated in the Supreme Court's statement. Mr. Davis, I'm not sure if I understood your question, but you were doing a recent investigation. Correct, and that was in the investigation letter that I was hearing from the statement. What did you find out in that statement? It was that there was no error in the calculation, that the calculation is correct. There was 14 levels of base offense with assault. There were still levels in it that could be used to continue up for an increase within a month, and there were an additional six levels added because there's a support of sustained permanent or life-threatening injuries. So, the calculation of all 24 was within civil acceptance responsibilities. It's correct calculation. But weren't there other services that were in there to support compliance? I mean, there's not a lot of hypothetical compliance that would lead to any injuries or life-threatening injuries. Well, there were nine scale-ups, and there were three to a chest, three to a back, two to a neck, and one to a foot. She received four units of blood at the hospital, four units of blood, a few units of oxygen, and two units of substance. It was a foot loss for subject to an injury. That's correct. The medical records are, as each report does, we're going to use court under seal. The court will refer to those. There are specific locations that talk about blood monitoring. It's correct. It's correct. It's correct. It's correct. It's correct. It's correct. It's correct. It's correct. It's correct. It's correct. It's correct. It's correct. Correct. It's correct. Thank you. Thank you. As I said, if you could also go to the screen to send us an interview. Across the screen is where all of the news pages are. We have quite a few websites here. Thank you. I'm going to start with the PSR site, 28222A3C. And I've been given a few personal mentions, but A3C is the criminal act that I've been found on the District Court. And the piece that's being read in front of the Court is, we didn't read that letter. We didn't read the part that's in serious public interest. We didn't use it. We didn't use it. Well, he said, I'm not going to do a computation. We're just going to do something that receives the report of our assessment. But, as he said, the probation officer sees that, thinks that's interesting. The probation officer calls it serious bodily injury. And when the change in sentence, he says, I call you serious bodily injuries. So he mentioned that the Supreme Court can support the quality of the District Court. And I actually didn't call here because there was a quality of probation. There's a quality. There's a committed quality.
judges: Tashima, M. Smith, Korman